# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED
JAN 1 2 2011
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| DAVID EARL BEARD, | ) |
| Plaintiff, | ) |
| v. | ) No. CIV 10-437-RAW-SPS |
| OKLAHOMA DEPARTMENT OF CORRECTIONS, | ) |
| Defendant. | ) |

## OPINION AND ORDER

Plaintiff, a pro se prisoner, has filed this civil rights lawsuit on behalf of himself "and all inmates of the Pontotoc County Detention Center awaiting transfer to the Oklahoma Department of Corrections." (Docket #1 at 1). While plaintiff has the right to appear without counsel on his own behalf, 28 U.S.C. § 1654, he may not represent the claims of others in federal court. *See Fymbo v. State Farm Fire & Cas. Co.*, 213 F.3d 1320, 1321 (10th Cir. 2000).

Therefore, plaintiff is directed to file within fifteen (15) days a proper amended complaint on behalf of himself only. The Court Clerk is directed to send plaintiff the court's form for filing a proper amended civil rights complaint.

**IT IS SO ORDERED** this 12th day of January 2011.

Ronald A. White
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE